399 A.2d 130

**In re ESTATE of Robert C. FENTON, alias dictus Robert Fenton, alias dictus C. R. Fenton, alias dictus R. C. Fenton, Deceased.**

**Appeal of NICODEM & HUNTER, INC. and Paul A. Hunter.**

Supreme Court of Pennsylvania.

Argued March 6, 1979.

Decided March 26, 1979.

Richard F. Pohl, Hacker, Wiker & Pohl, Greensburg, for appellants.

Christ C. Walthour, Jr., Greensburg, for Estate of Robert C. Fenton.

Avra N. Pershing, Jr., Greensburg, for Arlene Assey, Nannie Wilson and Jean Fenton.

Thomas H. Smith, Greensburg, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed.

Each side to pay own costs.